FILED
CLERK, U.S. DISTRICT COURT

MAR 18 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　　　v.

KYLE SIDNEY FREEDMAN FLOURNOY,

　　　　　Defendant.

Case No.　18-CR-0826-VAP

ORDER OF DETENTION AFTER HEARING (18 U.S.C. § 3148(b): Allegations of Violation of Pretrial Conditions of Release)

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

1. The Court finds there is:

☐ probable cause to believe that the defendant has committed a federal, state, or local crime while on release and/or

☒ clear and convincing evidence that the defendant has violated a condition of release; and

2. ☒ Based on the factors set forth in 18 U.S.C. § 3142(g), there is no
　　　condition or combination of conditions of release that will assure that the

defendant will not flee or pose a danger to the safety or any other person or the community;

--risk of flight: instant allegations

--danger to the community: instant allegations; previous orders to show cause why bond should not be revoked

☐ The defendant is unlikely to abide by any condition or combination of conditions of release.

3. ☐ There is probable cause to believe that, while on release, the defendant committed a federal, state, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: March 18, 2019

_Rozella A. Oli_

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE